### WERNER v. WERNER.

(Supreme Court, Appellate Division, First Department. March 28, 1913.)

DIVORCE (§ 286*)—ALIMONY—RESETTLEMENT OF ORDER—ADDITIONAL EVIDENCE —RIGHT TO HEAR.

    On resettlement of an order relating to alimony, the Appellate Division cannot take additional evidence as to the amount due plaintiff wife.

    [Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 769, 770; Dec. Dig. § 286.*]

On application to resettle order as to alimony. Application denied. See, also, 153 App. Div. 719, 138 N. Y. Supp. 633.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and DOWLING, JJ.

James W. & Chas. J. McDermott, of New York City, for the motion. Hays, Hershfield & Wolf, of New York City, opposed.

PER CURIAM. On the settlement of an order, we of course are bound by the record, and cannot take additional evidence in regard to the amount due to the plaintiff. This motion must therefore be denied, but without prejudice to an application to the Special Term to

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes
    140 N.Y.S.—70

modify the order, when the facts as to the amount of money that has been paid to the plaintiff under the stipulation since the entry of the final judgment can be determined.

No costs of this application.